# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**LORELEI RAY TITUS**                                  **CIVIL ACTION**

**VERSUS**                                                  **NUMBER: 19-335**

**ANDREW SAUL,**                                    **SECTION: "E"**
**COMMISSIONER OF THE SOCIAL**
**SECURITY ADMINISTRATION**

## ORDER

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of the parties to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Administrative Law Judge Jeffery D. Morgan's decision denying Lorelei Ray Titus's claim for Disability Insurance Benefits and Title II Disability Benefits is **AFFIRMED**.

**New Orleans, Louisiana, this 27th day of April, 2020.**

                                                           _____
                                                             **SUSIE MORGAN**
                                            **UNITED STATES DISTRICT JUDGE**